# EXHIBIT C

US008165598B2

(12) **United States Patent**

Tran et al.

(10) **Patent No.:** **US 8,165,598 B2**

(45) **Date of Patent:** **Apr. 24, 2012**

(54) **METHODS AND APPARATUS FOR PROVIDING MEDIA ON MOBILE DEVICES**

(75) Inventors: **Monica Tran**, San Francisco, CA (US); **Gavin Peacock**, Walnut Creek, CA (US); **James Roseborough**, Piedmont, CA (US); **David Lowell**, San Francisco, CA (US); **Aravind Nallan**, San Jose, CA (US); **Ian Farmer**, Berkeley, CA (US)

(73) Assignee: **MobiTV, Inc.**, Emeryville, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1037 days.

(21) Appl. No.: **11/859,688**

(22) Filed: **Sep. 21, 2007**

(65) **Prior Publication Data**

US 2008/0081640 A1    Apr. 3, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/849,153, filed on Oct. 2, 2006.

(51) **Int. Cl.**
*H04W 24/00* (2009.01)
*H04H 20/71* (2008.01)

(52) **U.S. Cl.** .................. 455/456.1; 455/3.01; 455/3.02; 455/3.03; 455/3.04; 455/3.05; 455/3.06; 455/456.6; 455/456.2

(58) **Field of Classification Search** .............. 455/456.1, 455/404.2, 456.3, 414.3; 725/50–54, 60–62, 725/3.01–3.06

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,154,172 A | 11/2000 | Piccionelli et al. | |
| 6,671,738 B1 | 12/2003 | Rajchel et al. | |
| 6,785,542 B1 | 8/2004 | Blight et al. | |
| 6,832,093 B1 | 12/2004 | Ranta | |
| 7,092,943 B2 | 8/2006 | Roese et al. | |
| 7,212,097 B2 | 5/2007 | Yoshikawa et al. | |
| 7,272,456 B2 | 9/2007 | Farchmin et al. | |
| 7,383,127 B2 * | 6/2008 | Matsuo et al. | 701/211 |
| 7,793,321 B2 * | 9/2010 | Simms et al. | 725/39 |
| 2002/0138649 A1 | 9/2002 | Cartmell et al. | |
| 2004/0117831 A1 * | 6/2004 | Ellis et al. | 725/53 |
| 2004/0198386 A1 * | 10/2004 | Dupray | 455/456.1 |
| 2004/0205198 A1 | 10/2004 | Zellner et al. | |
| 2005/0027449 A1 | 2/2005 | Marsh | |
| 2005/0136983 A1 | 6/2005 | Agapi et al. | |

OTHER PUBLICATIONS

De Bonet, Jeremy S., "System and method for location based interaction with a device," U.S. Appl. No. 11/439,544, filed May 24, 2006.
U.S. Office Action mailed Oct. 2, 2008, for U.S. Appl. No. 11/439,544.
U.S. Office Action mailed Apr. 15, 2009, for U.S. Appl. No. 11/439,544.

* cited by examiner

*Primary Examiner* — Olumide T Ajibade Akonai

*Assistant Examiner* — Emem Stephen

(74) *Attorney, Agent, or Firm* — Kwan Intellectual Property Law

(57) **ABSTRACT**

Techniques and mechanisms are provided for sending targeted content and data to mobile devices. Location information associated with a device is determined. In some instances, the location information is manually entered. In other instances, the location information is determined automatically from characteristics associated with the device. Location information can be obtained from global positioning system (GPS) data, cell-site triangulation, Internet Protocol (IP) address detection, etc. Content and advertising can be provided in a location relevant manner to the mobile device.

**23 Claims, 19 Drawing Sheets**



| Mobile Guide | | | |
|---|---|---|---|
| A complete rundown of your regional and national sports ... | | | |
| | | 10:00 | 10:30 |
| 198 | Name/Channel | Monster Garage | |
| 199 | Name/Channel | NFL Live | Hardball |
| 200 | | Sports on Demand | |
| 201 | | News on Demand | |
| 202 | | Entertainment on Demand | |
| Options | | Network | Back |

Figure 1A

| | | | |
|---|---|---|---|
| Mobile Guide | | | |
| A complete rundown of your regional and national sports ... | | | |
| | | 10:00 | 10:30 |
| 198 | Name/ Channel | Monster Garage | |
| 199 | Name/ Channel | NFL Live | Hardball |
| 200 | Name/ Channel | Runway Today | |
| 201 | Name/ Channel | Closing Bell | |
| 202 | Name/ Channel | World News | |
| Options | | Network | Back |

Figure 1B



Figure 1C

| Mobile Guide | | | |
|---|---|---|---|
| All of your favorite premium channels | | | |
| | | 10:00 | 10:30 |
| 900 | | Premium Channel ... | |
| 901 | | Bundle Previews | |
| 902 | | Other Previews | |
| 903 | Cable Provider | What's On | |
| | | | |
| Options | | Network | Back |

Figure 1D



Figure 1E

Please enter your home
ZIP Code to customize
your guide:

94114

| Exit | Network | OK |
|------|---------|-----|

Figure 1F



# Figure 1G



# Figure 1H



Figure 1I

Case 1:25-cv-05390   Document 1-3   Filed 06/27/25   Page 12 of 27



Figure 1J



Figure 1K



# Figure 1L

Current
Time 281

| Date 201 | | Time Slot 211 | Time Slot 213 | Time Slot 215 |
|---|---|---|---|---|
| Channel 221 | icon 231 | Program 241 | | |
| Channel 223 | icon 233 | Program 243 | | Program 245 |
| Channel 225 | icon 235 | Program 247 | | |
| Channel 227 | icon 237 | Program 251 | Program 253 | |
| ---------------------- | ----------- | -------------------------- | | |
| ---------------------- | ----------- | -------------------------- | | |

Figure 2



Figure 3



Figure 4



Figure 5



Carrier Server
603
Mobile Device
601
Video Content Delivery Server
605
Guide Generator
607
Abstract Buy Engine
609
Database
611
621
Get Rights
623
Parse Rights
Show Main Menu
631
Update Subscr. Req.
Update Subscr. Req.
Update Subscr.
633
lineupRequest
lineupRequest
getMobileLineup
Wait for user selection
635
guidePartRequest
guidePartRequest
getGuidePart
637
iconRequest
iconRequest
getIcons
641
Assemble Guide
645
guidePartRequest
guidePartRequest
getGuidePart
647
iconRequest
iconRequest
getIcons

Figure 6



Carrier Server
703
Mobile Device
701
Video Content Delivery Server
705
Guide Generator
707
Abstract Buy Engine
709
Database
711
721
Get Rights
723
Parse Rights
Show Main Menu
731
combined request message
Update Subscr. Req.
Update Subscr.
lineupRequest
getMobileLineup
guidePartRequest
getGuidePart
Wait for user selection
combined response message
iconRequest
getIcons
741
Assemble Guide
745
combined request message
guidePartRequest
getGuidePart
combined response message
iconRequest
getIcons

Figure 7



Figure 8

US 8,165,598 B2

1

**METHODS AND APPARATUS FOR
PROVIDING MEDIA ON MOBILE DEVICES**

CROSS-REFERENCE TO RELATED
APPLICATIONS

The present invention claims priority of co-pending provisional U.S. patent application No. 60/849,153, filed Oct. 2, 2006, which is incorporated herein by reference in its entirety.

DESCRIPTION OF RELATED ART

The present disclosure relates to methods and apparatus for providing media on mobile devices.

A variety of electronic communication mechanisms exist. Some mechanisms such as email, instant message, and the file transfer protocol allow communication of different types of content between particular parties. Other mechanisms such as social networking sites, video and photo sharing sites, provide users with some mechanisms for widely sharing or distributing content. However, each of these electronic communication mechanisms have limitations and drawbacks. Consequently, it is desirable to provide improved methods and apparatus for asynchronous communication and content sharing.

Overview

Techniques and mechanisms are provided for sending targeted content and data to mobile devices. Location information associated with a device is determined. In some instances, the location information is manually entered. In other instances, the location information is determined automatically from characteristics associated with the device. Location information can be obtained from global positioning system (GPS) data, cell-site triangulation, Internet Protocol (IP) address detection, etc. Content and advertising can be provided in a location relevant manner to the mobile device.

These and other features of the present invention will be presented in more detail in the following specification of the invention and the accompanying figures, which illustrate by way of example the principles of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

The disclosure may best be understood by reference to the following description taken in conjunction with the accompanying drawings, which illustrate particular embodiments of the present invention.

FIGS. **1**A-**1**L are diagrammatic representations showing examples of providing media on devices.

FIG. **2** is a diagrammatic representation showing another example of a program guide.

FIG. **3** is a flow process diagram showing one example of a device processing requests for guide information.

FIG. **4** is a diagrammatic representation showing one example of a network that can use the techniques of the present invention.

FIG. **5** is a diagrammatic representation showing one example of a media content delivery server.

FIG. **6** is an exchange diagram showing one example of a mobile guide delivery sequence.

FIG. **7** is an exchange diagram showing one example of a mobile guide delivery sequence where multiple requests are included in a request message.

FIG. **8** is a flow process diagram showing one example of a request for program guide information.

2

DESCRIPTION OF PARTICULAR
EMBODIMENTS

Reference will now be made in detail to some specific examples of the invention including the best modes contemplated by the inventors for carrying out the invention. Examples of these specific embodiments are illustrated in the accompanying drawings. While the invention is described in conjunction with these specific embodiments, it will be understood that it is not intended to limit the invention to the described embodiments. On the contrary, it is intended to cover alternatives, modifications, and equivalents as may be included within the spirit and scope of the invention as defined by the appended claims.

For example, the techniques of the present invention will be described in the context of particular networks and particular devices. However, it should be noted that the techniques of the present invention can be applied to a variety of networks and devices. In the following description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. The present invention may be practiced without some or all of these specific details. In other instances, well known process operations have not been described in detail in order not to unnecessarily obscure the present invention.

Various techniques and mechanisms of the present invention will sometimes be described in singular form for clarity. However, it should be noted that some embodiments include multiple iterations of a technique or multiple instantiations of a mechanism unless noted otherwise. For example, a processor is used in a variety of contexts. However, it will be appreciated that multiple processors can also be used while remaining within the scope of the present invention unless otherwise noted. Furthermore, the techniques and mechanisms of the present invention will sometimes describe two entities as being connected. It should be noted that a connection between two entities does not necessarily mean a direct, unimpeded connection, as a variety of other entities may reside between the two entities. For example, a processor may be connected to memory, but it will be appreciated that a variety of bridges and controllers may reside between the processor and memory. Consequently, a connection does not necessarily mean a direct, unimpeded connection unless otherwise noted.

A variety of devices have the capability of providing audio and video streams such as live television or live radio. Some examples of devices include mobile devices such as mobile phones, personal digital assistants, portal computing devices, etc. Many of these devices also are able to present program guides corresponding to the audio and video streams. Program guides include information that can be useful in selecting programs for viewing or listening. For examples, program guide information may include time slots, channels, icons, program listings included in time slots for particular channels, details on program listings, reviews, graphics, etc.

FIGS. **1**A-**1**L are diagrammatic representations showing examples of providing media on devices. According to various embodiments, the devices are capable of displaying program guide information that allows users to browse various types of content. In particular examples, live channels are displayed alongside video on demand clips, and television channels are displayed alongside audio and/or radio channels. Premium un-purchased channels are also displayed alongside previously purchased content. In many examples, the various types of content can be differentiated by color. Each program can be viewed when a user selects a channel/clip. According to various embodiments, selecting a channel

US 8,165,598 B2

**3**

or clip launches an application such as a streaming media player capable or playing the media stream.

Bookmarking within the program guide allows users to jump to a specific section of the program guide. For example, if a user selects "Previews" from a menu, the program guide can be configured to open the location where preview folders and channels are located in the mobile guide. Actual folders are optional, as different sections of a program guide can operate to categorize content. A bookmark allows a user to jump to the appropriate section. Home guide zip code entry allows users to enter their zip code and select their current plan to pull up information specific to their area. In other examples, area can be automatically determined based on the location of the device. For example, location may be determined automatically based on global positioning system (GPS) data available from a device such as a mobile device. The location may also be determined automatically based on cell site triangulation information. Triangulation can use the strength or angle of a received signal to determine location of a device from a cell site. Triangulation can be performed entirely using ground networks.

In one example, TDOA (time-difference-on-arrival) measurements are determined. The location of a mobile device is determined by measuring the differences in transmission time between a mobile device and individual cell sites. The cell site receiving the strongest signal is typically the cell site closest to the mobile device. Using three of more stations allows a mobile device location to be determined with relative precision. In some examples, a mobile device may be located at a wireless access point. An Internet Protocol (IP) address associated with Internet access can be used to determine the location of the mobile device. By obtaining location information associated with a mobile device, a user experience can be improved, as more targeted information can be provided to the user. For example, user guides and advertising specific to the user's location can be provided to the mobile device, along with weather updates, traffic information, or any other information that has location pertinence.

FIG. **2** is a diagrammatic representation showing another example of a program guide. In some examples, the time slots **211**, **213**, and **215** are each 30 minute time slots covering a time range from 1 pm to 2:30 pm. In one example, time slot **211** has a beginning time slot boundary of 1 pm and an end time slot boundary of 1:30 pm. Time slot **213** has a beginning time slot boundary of 1:30 pm and an end time slot boundary of 2:00 pm. Time slot **215** has a beginning time slot boundary of 2 pm and an end time slot boundary of 2:30 pm. Program **241** runs through time slots **211**, **213**, and **215**. Program **243** runs through time slot **211** and time slot **213**. Program **245** runs through time slot **215**. It should be noted that various programs may also run through other time slots not shown. Program **247** runs through time slots **211**, **213**, and **215**. Program **251** runs through time slot **211**. Program **253** runs through time slots **213** and **215**.

The program guide also identifies channels **221**, **223**, **225**, and **227**. In some examples, program guide structure information including a table of hundreds of channels is downloaded first and program listings are downloaded subsequently. Icons **231**, **233**, **235**, and **237** are also provided for the various channels. In typical implementations, a current time **281** is used to determine what portion of a program guide can be viewed. According to various embodiments, a current time is after time slots **211** and **213**. For example, the current time may be 2:05 pm. The current time 2:05 pm is passed the end time slot boundaries for time slot **211** and **213** of 1:30 pm and 2:00 pm respectively. Nonetheless, program information included in time slots **211** and **213** can still be viewed. In

**4**

particular examples, the program information can be viewed until a predetermined period of time after a user scrolls away from the time slots **211** and **213**. In other examples, program information can be viewed indefinitely.

FIG. **3** is a flow process diagram showing one example of a device processing requests for guide information. At **301**, a device receives program guide information. The program guide information can be received in a variety of manners. In some instances, program guide information is received first as program guide structure information with program guide content received subsequently. At **303**, a device receives a request for program guide information. The request may originate from a user of the device. The request is typically associated with one or more time slots, one or more channels, one or more program titles. For example, the request may be to view channels **300-305** for time slots 4:00 pm-5:30 pm. At **305**, additional program guide information may be requested. At **307**, a program listing is provided for the channel at time slot **307**. It should be noted that the program listing may be a single program title or numerous program titles. In particular embodiments, a program listing is a program shown at a time slot on a particular channel.

Multiple program listings are provided to a display at **309**. The program listings may be for any variety of media stream. At **311**, the program listing information for a particular time slot remains on the display even after the current time passes the time slot end boundary. For example, program information remains for time slot 3 pm-3:30 pm even at 3:42 pm. In some examples, program information for past time slots remains in a device memory so that it can be accessed for a predetermined period of time the time slot end boundary passes. For example, it may be accessible for up to a day after the time slot end boundary passes. Alternatively, it may be accessible indefinitely, as the program guide information can be obtained again from a server if it is no longer held on device memory.

A program guide can be created by a guide generator from information provided by a variety of content providers. According to various embodiments, the program guide can include program guide structure information and program guide content information. The program guide structure information may include simply a basic listing of channels without having program guide content information for hundreds or thousands of channels. The program guide content information may be downloaded dynamically. Consequently, program guide content for past time slots or even time slots on previous days can be dynamically obtained without using excessive memory on a device.

FIG. **4** is a diagrammatic representation showing one example of a network that can use the techniques of the present invention. Although one particular example showing particular devices is provided, it should be noted that the techniques of the present invention can be applied to a variety of a computing devices and networks. According to various embodiments, the techniques of the present invention can be used on any device having a processor, memory, display, the capability of showing program guide information, the capability of obtaining program guide information over some type of network, such as wireless, cable, telephony, etc.

According to various embodiments, media content is provided from a number of different sources **485**. Media content may be provided from film libraries, cable companies, movie and television studios, commercial and business users, etc. and maintained at a media aggregation server **461**. Any mechanism for obtaining media content from a large number of sources in order to provide the media content to mobile devices in live broadcast streams is referred to herein as a

US 8,165,598 B2

5

6

media content aggregation server. The media content aggregation server **461** may be clusters of servers located in different data centers. According to various embodiments, content provided to a media aggregation server **461** is provided in a variety of different encoding formats with numerous video and audio codecs. Media content may also be provided via satellite feed **457**.

An encoder farm **471** is associated with the satellite feed **487** and can also be associated with media aggregation server **461**. The encoder farm **471** can be used to repackage media content from satellite feed **487** as well as possibly from media aggregation server **461** into potentially numerous encoding formats. The media content may also be encoded to support a variety of data rates. The media content from media aggregation server **461** and encoder farm **471** is provided as live media to a streaming server **475**.

Possible client devices **401** include personal digital assistants (PDAs), cellular phones, personal computing devices, etc. According to various embodiments, the client devices are connected to a cellular network run by a cellular service provider. Cell towers typically provide service in different areas. Alternatively, the client device can be connected to a wireless local area network (WLAN) or some other wireless network. Live media streams provided over RTSP are carried and/or encapsulated on one of a variety of wireless networks.

The client devices are also connected over a wireless network to a media content delivery server **431**. The media content delivery server **431** is configured to allow a client device **401** to perform functions associated with accessing live media streams. For example, the media content delivery server allows a user to create an account, perform session identifier assignment, subscribe to various channels, log on, access program guide information, obtain information about media content, etc. According to various embodiments, the media content delivery server does not deliver the actual media stream, but merely provides mechanisms for performing operations associated with accessing media.

In other implementations, it is possible that the media content delivery server also provides media clips, files, and streams. The media content delivery server is associated with a guide generator **451**. The guide generator **451** obtains information from disparate sources including content providers **481** and media information sources **483**. The guide generator **451** provides program guides to database **455** as well as to media content delivery server **431** to provide to mobile devices **401**. The media content delivery server **431** is also associated with an abstract buy engine **441**. The abstract buy engine **441** maintains subscription information associated with various client devices **401**. For example, the abstract buy engine **441** tracks purchases of premium packages.

The media content delivery server **431** and the client devices **401** communicate using requests and responses. For example, the client device **401** can send a request to media content delivery server **431** for a subscription to premium content. According to various embodiments, the abstract buy engine **441** tracks the subscription request and the media content delivery server **431** provides a key to the client **401** to allow it to decode live streamed media content. According to various embodiments, all client devices **401** have access to media content broadcast over the airwaves. However, only client devices **401** authorized by a media content delivery server **431** can actually display certain media content. Similarly, the client device **401** can send a request to a media content delivery server **431** for a program guide for its particular program package. The media content delivery server **431** obtains the guide data from the guide generator **451** and

associated database **455** and provides appropriate guide information to the client device **401**.

Although the various devices such as the guide generator **451**, database **455**, media aggregation server **461**, etc. are shown as separate entities, it should be appreciated that various devices may be incorporated onto a single server. Alternatively, each device may be embodied in multiple servers or clusters of servers. According to various embodiments, the guide generator **451**, database **455**, media aggregation server **461**, encoder farm **471**, media content delivery server **431**, abstract buy engine **441**, and streaming server **475** are included in an entity referred to herein as a media content delivery system.

FIG. **5** is a diagrammatic representation showing one example of a media content delivery server **591**. According to various embodiments, the media content delivery server **591** includes a processor **501**, memory **503**, and a number of interfaces. In some examples, the interfaces include a guide generator interface **541** allowing the media content delivery server **591** to obtain program guide information. The media content delivery server **591** also can include a program guide cache **531** configured to store program guide information and data associated with various channels. The media content delivery server **591** can also maintain static information such as icons and menu pages. The interfaces also include a carrier interface **511** allowing operation with mobile devices such as cellular phones operating in a particular cellular network. The carrier interface allows a carrier vending system to update subscriptions. Carrier interfaces **513** and **515** allow operation with mobile devices operating in other wireless networks. An abstract buy engine interface **543** provides communication with an abstract buy engine that maintains subscription information.

An authentication module **521** verifies the identity of mobile devices. A logging and report generation module **553** tracks mobile device requests and associated responses. A monitor system **551** allows an administrator to view usage patterns and system availability. According to various embodiments, the media content delivery server **591** handles requests and responses for media content related transactions while a separate streaming server provides the actual media streams. Media streams are broadcast to mobile devices, but mobile devices are not configured to access and a user is not able to view media content unless appropriate authorizations are made through a media content delivery server **591**. In some instances, a media content delivery server **591** may also have access to a streaming server or operate as a proxy for a streaming server. But in other instances, a media content delivery server **591** does not need to have any interface to a streaming server. In typical instances, however, the media content delivery server **591** also provides some media streams. The media content delivery server **591** can also be configured to provide media clips and files to a user in a manner that supplements a streaming server.

Although a particular media content delivery server **591** is described, it should be recognized that a variety of alternative configurations are possible. For example, some modules such as a report and logging module **553** and a monitor **551** may not be needed on every server. Alternatively, the modules may be implemented on another device connected to the server. In another example, the server **591** may not include an interface to an abstract buy engine and may in fact include the abstract buy engine itself. A variety of configurations are possible.

FIG. **6** is an exchange diagram showing one example of a mobile guide delivery sequence. A mobile device **601** obtains subscription service rights information from a carrier server **603**. According to various embodiments, the mobile device

US 8,165,598 B2

**7**

parses and displays information associated with the rights at **623**. In one example, a root menu showing subscribed and available channels is shown.

According to various embodiments, the mobile device **601** sends an update subscriptions request message at **631** to a media content delivery server **605**. The media content delivery server **605** forwards the update subscriptions request message to an abstract buy engine **609**. The abstract buy engine **609** sends an update subscriptions message to the database **611**. The mobile device **601** also sends a lineup request message **635** to the media content delivery server **605**. The lineup request message is forwarded to a guide generator **607**. The guide generator obtains a lineup for the mobile device from the database **611**. The abstract buy engine **609** is not involved in this particular request transaction. At **635**, the mobile device sends a guide part request to the media content delivery server **605**. In some examples, the request is a request for the entire program guide. In typical examples, the request is a request for a portion of the guide or a program guide information block. The program guide information block request is forwarded to a guide generator **607**. The guide generator obtains the guide part from a database **611** or generates it based on other information.

In some examples, icons are also requested by the mobile device **601** at **637**. The mobile device **601** sends an icon request to the media content delivery server **605**. The media content delivery server **605** forwards the icon request to the guide generator **607**. The guide generator obtains icons from the database **611**. According to various embodiments, other information such as advertisements and media clips are also requested or provided along with the icons. At **641**, the guide is assembled at the mobile device **601**. The user can then scroll through the guide or jump to a particular location in the guide. Some portions of the guide may not yet be downloaded. Consequently, additional guide part requests and icon requests may be sent by a mobile device **601** at **645** and **647**. The additional program guide information block requests and icon requests at **645** and **647** may be sent for different channels, different channel blocks, or different time periods.

FIG. **7** is an exchange diagram showing one example of a mobile guide delivery sequence where multiple requests are included in a request message. A mobile device **701** obtains descriptor information from a carrier server **703**. In one example, descriptor information is subscription service information. The subscription service information provides subscription and menu information to the mobile device **701**. According to various embodiments, the mobile device parses and displays information associated with the rights at **723**. In one example, a root menu showing subscribed and available channels is shown.

According to various embodiments, the mobile device **701** sends an update subscriptions request message at **731** to a media content delivery server **705**. The update subscriptions request message also includes a lineup request, a guide part request, and an icon request.

To improve efficiency, it is possible to reduce the total number of round trips between a mobile device **701** and a media content delivery server **705**. Therefore, it is beneficial to batch together many of these mobile device **701** requests into a single message to the media content delivery server **705**. The server responses can similarly be sent as a single message back to the mobile device **701**. In one example, the following XML code could used to batch requests into a single request message:

**8**

```
<mobiTalkRequest version="1.0" haltOnFailure="true">
  <request>
    <updateSubscriptionsRequest userId="xyz">
    </updateSubscriptionsRequest>
  </request>
  <request>
    <iconRequest userId="xyz" iconIdList="74,23" />
  </request>
  <request>
    <lineupDetailRequest idList="74,23,101" ... />
  </request>
</mobiTalkRequest>
```

According to various embodiments, it is also possible to increase the number of requests that can be included in a single message by allowing results from early requests in the batch to make their way as inputs into the later requests in the message. For example, the following batch includes a newAccountRequest which creates a new "userId" and a lineupRequest which takes "userId" as an argument:

```
<mobiTalkRequest version="1.0" haltOnFailure="true">
  <request>
    <newAccountRequest vendorUserId="abc" vid="FOO-BAR" ... />
  </request>
  <request>
    <lineupRequest userId="{USERID}" guideType="mobile" ... />
  </request>
</mobiTalkRequest>
```

The name of intermediate results such as "USERID" in the above example can be well-known from the protocol documentation, or can be explicitly named in the protocol, such as:

```
<mobiTalkRequest version="1.0" haltOnFailure="true">
  <request>
    <newAccountRequest vid="FOO-BAR"
      userIdResultName="USERID"
      customerNumResultName="CUSTNUM" ... />
  </request>
  <request>
    <lineupRequest userId="{USERID}" guideType="mobile" ... />
  </request>
</mobiTalkRequest>
```

According to various embodiments, these intermediate results can be implemented on the server by an associative array with names and values that get filled in during the processing of the batch. In some example, before processing any request in the batch, the server replaces all intermediate result names in that request (such as "{USERID}" above) with the corresponding value computed earlier in the batch and stored in the associative array.

The media content delivery server **705** extracts the requests from the request message received from the mobile device **701**. The media content delivery server **705** forwards the update subscriptions request message to an abstract buy engine **709**. The abstract buy engine **709** sends an update subscriptions message to the database **711**. The lineup request message is forwarded to a guide generator **707**. The guide generator obtains a lineup for the mobile device from the database **711**. At **735**, the mobile device sends a guide part request to the media content delivery server **705**. In some examples, the request is a request for the entire program guide. In typical examples, the request is a request for a portion of the guide. The guide part request is forwarded to a

US 8,165,598 B2

**9**

guide generator **707**. The guide generator obtains the guide part from a database **711**. The mobile device **701** sends an icon request to the media content delivery server **705**. The media content delivery server **705** forwards the icon request to the guide generator **707**. The guide generator obtains icons from the database **711**. According to various embodiments, other information such as advertisements and media clips are also requested or provided along with the icons. A single response is sent from the media content delivery server **705** to the mobile device **701**.

At **741**, the guide is assembled at the mobile device **701**. The user can then scroll through the guide or jump to a particular location in the guide. Some portions of the guide may not yet be downloaded. Consequently, additional guide part requests and icon requests may be sent by a mobile device **701** at **745** in batched format. The additional requests at **745** may be sent for a different block of channels or a different time period.

FIG. **8** is a flow process diagram showing one example of a request for program guide information. At **801**, a request for program guide information is received from a user. The request may result from a user selection to view a certain portion of a program guide. According to various embodiments, some program guide information may already be available on the device. For example, a listing of channels may be available. At **803**, any program guide information available is displayed. At **805**, a mobile device requests a block of program guide information from a media content delivery server. The block of program guide information may have a size determined by the screen of a mobile device. Alternatively, the block of program guide information may have a size determined by the amount of memory available on the mobile device. Other considerations such as bandwidth availability can also be taken into account. At **807**, a mobile device receives a subsequent request from a user for program guide information.

According to various embodiments, the subsequent request results from a user scrolling, jumping, or otherwise navigating to a particular portion of a program guide. If the mobile device does not already have the information, the block of program guide information is requested from a media content delivery server at **809**. It should be noted that program guide information can also be requested from other entities related to media content delivery servers. At **811**, blocks of program guide information can be preemptively requested. Alternatively, blocks of program guide information can be preemptively provided to a mobile device. A variety of mobile devices can be used. According to various embodiments, a mobile device includes a display, a processor, memory, an interface operable to communicate with a media content delivery server, and an input interface operable to allow a user to operate the device. Possible mobile devices include cellular phones, personal digital assistants, portable computing devices, etc.

While the invention has been particularly shown and described with reference to specific embodiments thereof, it will be understood by those skilled in the art that changes in the form and details of the disclosed embodiments may be made without departing from the spirit or scope of the invention. It is therefore intended that the invention be interpreted to include all variations and equivalents that fall within the true spirit and scope of the present invention.

Because information and program instructions may be employed to implement the systems/methods described herein, the present invention relates to tangible, machine readable media that include program instructions, state information, etc. for performing various operations described

**10**

herein. Examples of machine-readable media include, but are not limited to, magnetic media such as hard disks, floppy disks, and magnetic tape; optical media such as CD-ROM disks and DVDs; magneto-optical media such as optical disks; and hardware devices that are specially configured to store and perform program instructions, such as read-only memory devices (ROM) and random access memory (RAM). Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter.

Although many of the components and processes are described above in the singular for convenience, it will be appreciated by one of skill in the art that multiple components and repeated processes can also be used to practice the techniques of the present invention.

While the invention has been particularly shown and described with reference to specific embodiments thereof, it will be understood by those skilled in the art that changes in the form and details of the disclosed embodiments may be made without departing from the spirit or scope of the invention. For example, embodiments of the present invention may be employed with a variety of master and slave components and should not be restricted to the ones mentioned above. Although shared I/O lines have been described in the context of a memory controller and a simultaneous multiple master component switch fabric, shared I/O lines can be used in a system without a memory controller and/or without a simultaneous multiple master component switch fabric. It is therefore intended that the invention be interpreted to include all variations and equivalents that fall within the true spirit and scope of the present invention.

What is claimed is:

**1**. A method, comprising:

identifying a location associated with a mobile device, the mobile device operable to play a media stream;

receiving a request for program guide information corresponding to the location associated with the mobile device, the request associated with a first block of channels;

sending program guide information corresponding to the location associated with the mobile device and the first block of channels, the program guide information corresponding to a first time slot;

receiving a subsequent request for program guide information corresponding to the location associated with the mobile device, the subsequent request associated with a second block of channels not included in the first block of channels, the subsequent request triggered by user interaction with the mobile device;

sending additional program guide information corresponding to the location associated with the mobile device and the second block of channels, the additional program guide information corresponding to the same first time slot.

**2**. The method of claim **1**, further comprising:

receiving a request for a program included in the program guide information;

sending the program with advertising corresponding to the location associated with the mobile device.

**3**. The method of claim **2**, wherein the program is played using a streaming media application included on the mobile device.

**4**. The method of claim **1**, wherein the location associated with the mobile device is identified using global positioning system (GPS) data from the mobile device.

US 8,165,598 B2

**11**

**5**. The method of claim **1**, wherein the location associated with the mobile device is identified using user entered data.

**6**. The method of claim **1**, wherein the location associated with the mobile device is identified using cell site triangulation information.

**7**. The method of claim **6**, wherein the location associated with the mobile device is identified using TDOA (time-difference-on-arrival) measurements.

**8**. The method of claim **1**, further comprising sending targeted advertising corresponding to the location associated with the mobile device.

**9**. A system, comprising:

a processor operable to identify a location associated with a mobile device, the mobile device operable to play a media stream;

an interface operable to receive a request for program guide information corresponding to the location associated with the mobile device and a first block of channels and send program guide information corresponding to the location associated with the mobile device and the first block of channels, the program guide information corresponding to a first time slot;

wherein the interface is further operable to receive a subsequent request for program guide information corresponding to the location associated with the mobile device, the subsequent request associated with a second block of channels not included in the first block of channels, the subsequent request triggered by user interaction with the mobile device, the interface configured to send for sending additional program guide information corresponding to the location associated with the mobile device and the second block of channels, the additional program guide information corresponding to the same first time slot.

**10**. The system of claim **9**, wherein the interface is further operable to receive a request for a program included in the program guide information and send the program with advertising corresponding to the location associated with the mobile device.

**11**. The system of claim **10**, wherein the program is played using a streaming media application included on the mobile device.

**12**. The system of claim **9**, wherein the location associated with the mobile device is identified using global positioning system (GPS) data from the mobile device.

**13**. The system of claim **9**, wherein the location associated with the mobile device is identified using user entered data.

**14**. The system of claim **9**, wherein the location associated with the mobile device is identified using cell site triangulation information.

**12**

**15**. The system of claim **14**, wherein the location associated with the mobile device is identified using TDOA (time-difference-on-arrival) measurements.

**16**. The system of claim **9**, further comprising sending targeted advertising corresponding to the location associated with the mobile device.

**17**. An apparatus, comprising:

means for identifying a location associated with a mobile device, the mobile device operable to play a media stream;

means for receiving a request for program guide information corresponding to the location associated with the mobile device, the request associated with a first block of channels;

means for sending program guide information corresponding to the location associated with the mobile device and the first block of channels, the program guide information corresponding to a first time slot;

means for receiving a subsequent request for program guide information corresponding to the location associated with the mobile device, the subsequent request associated with a second block of channels not included in the first block of channels, the subsequent request triggered by user interaction with the mobile device;

means for sending additional program guide information corresponding to the location associated with the mobile device and the second block of channels, the additional program guide information corresponding to the same first time slot.

**18**. The apparatus of claim **17**, further comprising:

means for receiving a request for a program included in the program guide information;

means for sending the program with advertising corresponding to the location associated with the mobile device.

**19**. The apparatus of claim **18**, wherein the program is played using a streaming media application included on the mobile device.

**20**. The apparatus of claim **17**, wherein the location associated with the mobile device is identified using global positioning system (GPS) data from the mobile device.

**21**. The apparatus of claim **17**, wherein the location associated with the mobile device is identified using user entered data.

**22**. The apparatus of claim **17**, wherein the location associated with the mobile device is identified using cell site triangulation information.

**23**. The apparatus of claim **22**, wherein the location associated with the mobile device is identified using TDOA (time-difference-on-arrival) measurements.

\*    \*    \*    \*    \*