# EXHIBIT J

US010506010B2

# (12) United States Patent
## Holden et al.

(10) Patent No.: **US 10,506,010 B2**
(45) Date of Patent: *Dec. 10, 2019

(54) **DELIVERING CONTENT IN MULTIPLE FORMATS**

(71) Applicant: **Comcast Cable Communications, LLC**, Philadelphia, PA (US)

(72) Inventors: **Danial E. Holden**, Englewood, CO (US); **Austin J. Vrbas**, Edgewater, CO (US)

(73) Assignee: **Comcast Cable Communications, LLC**, Philadelphia, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 240 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/421,778**

(22) Filed: **Feb. 1, 2017**

(65) **Prior Publication Data**

US 2017/0339206 A1    Nov. 23, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 13/872,222, filed on Apr. 29, 2013, now Pat. No. 9,596,283, which is a
(Continued)

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*H04L 29/06* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ..... ***H04L 65/604*** (2013.01); ***H04N 21/23439*** (2013.01); ***H04N 21/2402*** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............ H04L 65/604; H04N 21/23439; H04N 21/2402
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,680,389 A | 10/1997 | Douglas et al. |
| 5,847,760 A | 12/1998 | Elmaliach et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| WO | 02/097584 A2 | 12/2002 |
| WO | 2009053072 A1 | 4/2009 |

(Continued)

OTHER PUBLICATIONS

Oct. 12, 2018—Canadian Office Action—CA 2,798,843.
(Continued)

*Primary Examiner* — Yves Dalencourt
(74) *Attorney, Agent, or Firm* — Banner & Witcoff, Ltd.

(57) **ABSTRACT**

Content may be received at an edge location in one format, but delivered to a terminal on an access network in another format. The received content may be transcoded at the edge location. The transcoded content may be stored, or immediately delivered. The transcoded content may be fragmented prior to storage. Multiple copies of the transcoded content may be maintained in multiple formats. These formats may be aligned with one another such that delivery of the content can include delivering portions of the content in one format and other portions of the content in another format.

20 Claims, 6 Drawing Sheets



### Related U.S. Application Data

continuation of application No. 12/894,580, filed on Sep. 30, 2010, now Pat. No. 8,458,362.

(51) **Int. Cl.**
  *H04N 21/2343* (2011.01)
  *H04N 21/24* (2011.01)
  *H04N 21/258* (2011.01)
  *H04N 21/61* (2011.01)
  *H04N 21/845* (2011.01)

(52) **U.S. Cl.**
  CPC ... *H04N 21/25825* (2013.01); *H04N 21/6118* (2013.01); *H04N 21/8456* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,243,761 | B1 | 6/2001 | Mogul et al. |
| 6,529,555 | B1 | 3/2003 | Saunders et al. |
| 6,573,819 | B1 | 6/2003 | Oshima et al. |
| 6,697,097 | B1 | 2/2004 | Parker et al. |
| 6,724,825 | B1 | 4/2004 | Nemiroff et al. |
| 6,885,703 | B1 | 4/2005 | Funaya et al. |
| 6,888,477 | B2 | 5/2005 | Lai et al. |
| 7,711,008 | B2 | 5/2010 | Jones et al. |
| 8,458,362 | B2 * | 6/2013 | Holden ............ H04N 21/23439 709/246 |
| 8,477,812 | B2 | 7/2013 | Gurdan et al. |
| 8,594,136 | B2 | 11/2013 | Cucchi et al. |
| 8,594,181 | B2 | 11/2013 | Dachiku |
| 9,596,283 | B2 * | 3/2017 | Holden ............ H04N 21/23439 |
| 2001/0019585 | A1 | 9/2001 | Lemaguet |
| 2002/0054638 | A1 | 5/2002 | Hanamura et al. |
| 2002/0087976 | A1 | 7/2002 | Kaplan et al. |
| 2003/0123556 | A1 | 7/2003 | Komori |
| 2004/0111476 | A1 | 6/2004 | Trossen et al. |
| 2004/0172385 | A1 | 9/2004 | Dayal |
| 2007/0174880 | A1 | 7/2007 | Fite et al. |
| 2007/0204003 | A1 | 8/2007 | Abramson |
| 2007/0226365 | A1 | 9/2007 | Hildreth et al. |
| 2008/0195743 | A1 | 8/2008 | Brueck et al. |
| 2008/0200154 | A1 | 8/2008 | Maharajh et al. |
| 2009/0010315 | A1 | 1/2009 | Schedelbeck et al. |
| 2009/0113508 | A1 | 4/2009 | Foti |
| 2009/0158365 | A1 | 6/2009 | Gordon et al. |
| 2009/0232165 | A1 | 9/2009 | Ishida et al. |
| 2009/0320082 | A1 | 12/2009 | Collazo |
| 2010/0046604 | A1 | 2/2010 | Elstermann |
| 2010/0091888 | A1 | 4/2010 | Nemiroff |
| 2010/0138646 | A1 | 6/2010 | Aloni et al. |
| 2010/0158101 | A1 | 6/2010 | Wu et al. |
| 2010/0189131 | A1 | 7/2010 | Branam et al. |
| 2010/0218231 | A1 | 8/2010 | Frink et al. |
| 2010/0260262 | A1 | 10/2010 | Coban et al. |
| 2010/0312828 | A1 | 12/2010 | Besserglick et al. |
| 2011/0246616 | A1 | 10/2011 | Ronca et al. |
| 2011/0302236 | A1 | 12/2011 | Shrum, Jr. et al. |
| 2012/0036277 | A1 | 2/2012 | Stokking et al. |
| 2012/0084463 | A1 | 4/2012 | Holden et al. |
| 2013/0044803 | A1 | 2/2013 | Fisher et al. |
| 2013/0044840 | A1 | 2/2013 | Yamamoto et al. |
| 2013/0156094 | A1 | 6/2013 | Syed et al. |
| 2013/0297746 | A1 | 11/2013 | Holden et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 2010106075 A1 | 9/2010 | |
| WO | 2011/142113 A1 | 11/2011 | |

OTHER PUBLICATIONS

Alex Zambelli: "IIS Smooth Streaming Technical Overview", Internet Citation, Mar. 25, 2009 (Mar. 25, 2009), pp. 1-18, XP002620446, Retrieved from the Internet: URL:http://www.microsoft.com/downloads/en/details.aspx?FamilyID=03d22583-3ed6-44da-8464-b1b4b5ca7520 [retrieved on Jan. 21, 2011].

"OIPF Release 2 Specification HTTP Adaptive Streaming [V2.0]—[Sep. 7, 2010]", Sep. 7, 2010 (Sep. 7, 2010), XP055009601, Retrieved from the Internet: URL:http://www.oipf.tv/live/oipf/docs/Release2/0IPF-T1-R2-specification-Volume-2a-HTTP-Adaptive-Streaming-V2 0-2010-09-07.pdf [retrieved on Oct. 14, 2011].

Gerard Fernando et al: "HTTP Streaming of MPEG Media-Response to CfP", 93. MPEG Meeting; Jul. 26, 2010-Jul. 30, 2010; Geneva; (Motion Picture Expert Group or ISO/IEC JTC1/SC29/WG11), No. M17756, Jul. 22, 2010 (Jul. 22, 2010), XP030046346.

Extended European Search Report—EP 11181773—dated Feb. 4, 2013.

"Using a Manifest XML File to Convey SCTE 35 Messaging Information Through the Use of an Alternative Video/Audio View Mechanism", IP.COM Journal, IP.COM Inc., West Henrietta, NY, US, Sep. 28, 2010 (Sep. 28, 2010), XP013140572, ISSN: 1533-0001.

Extended European Search Report—EP 12197203.8—dated Apr. 4, 2013.

European Office Action, EP Application 12 197 203.8-1908, Ref. P100212EP00, dated Jan. 21, 2015.

Response to European Office Action—EP 12197203.8—dated Jul. 14, 2015.

Jan. 23, 2019—Canadian Office Action—CA 2,753,243.

U.S. Appl. No. 15/149,381, System and Method for Synchronizing Timing Across Multiple Streams, filed May 9, 2016.

\* cited by examiner



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6

1

# DELIVERING CONTENT IN MULTIPLE FORMATS

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/872,222, filed Apr. 29, 2013, and entitled "Delivering Content in Multiple Formats," which is a continuation of U.S. patent application Ser. No. 12/894,580, filed Sep. 30, 2010, now U.S. Pat. No. 8,458,362, and entitled "Delivering Content in Multiple Formats," the disclosure of which is incorporated by reference herein in its entirety and made part hereof.

## BACKGROUND

In traditional networks, content (e.g. a movie) is often delivered from a content source to an edge location of a distribution network, and the content is then delivered to end-user terminals from the edge location via an access network. The format of the content typically remains unchanged as it travels between the content source and the terminals. Sometimes the content may need to be delivered in different formats in order to accommodate varying capabilities of different types of terminals. In such circumstances, transcoders, which may be located at the content source, transcode the content into the different formats for the different terminals. Thus, the same content may be sent over the distribution network more than once in order to deliver the content in more than one format. What is needed is an apparatus and method for more efficient delivery of transcoded content to a terminal.

## BRIEF SUMMARY

This summary is not intended to identify any critical or key elements. Instead, it merely presents certain introductory concepts. The full scope of this disclosure may be appreciated upon reading the full specification and figures, of which this summary is a part.

At an edge location of a network, between a distribution network and an access network, one or more servers may receive content from the distribution network, transcode the content into one or more formats, and distribute the transcoded content over the access network. The one or more servers may also store a plurality of copies of the content, each copy encoded in a different format.

The one or more servers may begin distributing the content over the access network in response to receiving a request from a terminal on the access network. The format in which the content is distributed may be selected such that it is compatible with the terminal. This may involve identifying whether the terminal can play or view a format and/or whether there is sufficient bandwidth between the terminal and the one or more servers to deliver the format.

The transcoding may be performed such that some or all of the i-frames of each copy of the content are aligned with one another. This allows a terminal to switch between formats of the content mid-viewing without receiving frames that were already transmitted in another format.

The quality of the received content may be verified prior to transcoding and retransmission. Similarly, the quality of the transcoded content may be verified. The quality of the transcoded content may be verified by ensuring that some or all of the i-frames are aligned and by ensuring that control signals of the original content appear in the transcoded content.

2

The transcoded content may be fragmented and stored such that each fragment is randomly accessible. Each fragment may begin with an i-frame and be followed by p-frames and/or b-frames, and optionally by additional i-frames. The transcoded content may be fragmented whether or not the i-frames are aligned across copies of the transcoded content. Each fragment may be encapsulated in a packet, such as an IP packet, for transport across a network.

Other embodiments and variations will be apparent upon reading the detailed description set forth below. The disclosure is not intended to be limited in any way by this brief summary.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates an example of a distribution network and an access network in accordance with one or more aspects of the disclosure.

FIG. **2** illustrates an example of an access network in accordance with one or more aspects of the disclosure.

FIG. **3** illustrates an example of a server in accordance with one or more aspects of the disclosure.

FIG. **4** shows an illustrative method of receiving and distributing content in accordance with one or more aspects of the disclosure.

FIG. **5** shows an illustrative method of transmitting content in different formats in accordance with one or more aspects of the disclosure.

FIG. **6** illustrates three sample streams in which groups of pictures are aligned in accordance with one or more aspects of the disclosure.

## DETAILED DESCRIPTION

FIG. **1** illustrates an example of a distribution network **151-154**, an access network **161** and **162**, and servers **100***a* and **100***b* at a location between the distribution and access networks (e.g., an edge location). In this example, the distribution network **151-154** links content source **150** with one or more servers **100***a* and one or more servers **100***b*. Although servers **100***a* may be made up of more than one server, they will be referred to as server **100***a* for simplicity. Similarly, one or more servers **100***b* will be referred to as server **100***b*. Content, such as data, a video, and/or an audio program, may be sent from content source **150** via satellite uplink **151**. Content source **150** may be a centralized repository of pre-existing video and/or audio programs. It may also be the location at which a live video stream or other content is created, such as the video feed from a live football game. The content from the content source **150** is transmitted in an initial, or first format. In the illustrative example of FIG. **1**, this initial or first format is labeled "Format 1."

As seen in the example of FIG. **1**, the content may be relayed in the first format by satellite **152** to receiver **153**. In this example, receiver **153** is connected via communication link **154** to server **100***a* and server **100***b*. A short-range wired or wireless connection, or any other type of connection, including long-range connections, may be used. The distribution network may contain more than one content source. The content sources may be collocated, or they may also reside in a variety of locations. The content from each source may be in the same format, or the content from some or all of the sources may be in different formats. Similarly, if a content source transmits more than one piece of content, each piece of content may be in a different format.

3

While the example distribution network **151-154** shown in FIG. **1** includes a satellite, a variety of other network technologies may also be used to deliver content to the edge of the distribution network. Another example of a distribution network is a network that connects a content source with one or more servers located at an edge of an access network using fiber optic, coaxial cable, Ethernet, wireless connections, or the like, including a hybrid mix of connections. Networks that combine various transmission technologies to deliver content to the edge of a distribution network may be used. Similarly, various content sources may be connected to a server in different ways. For instance content source **150** is illustrated as being connected to servers **100***a* and **100***b* via satellite **152** and also via physical link **154**, but another content source may be connected to sever **100***a* and/or **100***b* via only physical links of one or more types.

Server **100***a*, like server **100***b*, may receive content sent from content source **150**. Servers **100***a* and **100***b* may be called edge servers, as they are located at the edge of the distribution network, which may be a large distance from content source **150** and receiver **153**. The edge servers may store and/or transmit the content in the format in which it was received. For instance, memory **104***b* of server **100***b* includes the content in Format 1, and the content may be sent to terminal **173** from server **100***b* in Format 1.

An example of a format is 1920×1080 pixels per screen, 30 frames per second, progressive scan (noninterlaced) video using the H.264 codec (also known as AVC or MPEG-4 Part 10) accompanied by 5.1 channel sound encoded according to the Dolby Digital AC-3 standard. A large variety of formats exist, and more are being developed. Different pieces of content may be received in different formats. Other formats may use other resolutions, frame rates, interlacing techniques, video codecs, audio codecs, and number of audio channels. They may also vary in the amount of compression (or bit rate) applied to the source content, the audio sampling frequency, the closed captioning or subtitling standards used, the presence and type of active format descriptions used, etc. Examples of other video codecs include, for example, Widows Media 9 and MPEG-2. Examples of other audio codecs include, for example, MP3, ACC, and PCM.

A variety of different terminals may be connected to the edge servers via an access network, such as networks **161** and **162**. Examples of terminals include display devices, set-top boxes, cable cards in a cable network, personal computers, and other units having a processor and/or memory. Some terminals may support a different set of encoding formats than other terminals. In some cases, there may not be a common encoding format that is supported by all of the terminals on the access network or within a user's premises. In other cases, the terminals may all support a common encoding format, but only some of them may support newer or otherwise more preferred encoding formats. Similarly, the received content may be in a format other than the preferred or universally supported encoding format. Thus, for a variety of reasons it may be desirable or even required that the edge servers transcode the received content from a first format to a second format using transcoders **101**. The edge servers may store and/or transmit the content in the second format. For example, memory **104***b* of server **100***b* may also store the content in Format 2, and the content may be sent to terminals **174** and **175** in Format 2.

The received content may also be trancoded to a third format, which is labeled Format 3 in FIG. **1**. The content may be stored for later distribution in memory **104***a* in this

4

format, and it may be transmitted to terminal **170** in this format. As depicted in memories **104***a* and **104***b* of FIG. **1**, the received content may or may not be stored in its original format (Format 1) after it is transcoded.

Transmissions of the transcoded content may occur according to a schedule or they may occur in real time as the content is received. They may also occur in response to a request from a terminal. For example, Terminal **171** may request a specific item of content be delivered. An example of such a request is a video on demand request. Content request handler **103***a* receives this request and may respond by having the content sent to Terminal **171** in Format 2. The content request handler **103***a* may select Format 2 because the request identified that the content is to be delivered in Format 2. Alternatively, content request handler **103***a* may select Format 2 because, for example, it was the most appropriate format in which to send the content given knowledge of the capabilities of Terminal **171**, because it is the default format, or for a variety of other reasons, as will be discussed in more detail below.

The received content may be transcoded immediately after it is received, but it may also be stored and transcoded later, such as when a request for that content is received from a terminal, or when a transmission is scheduled to take place. By transcoding at a later time, the storage required by an edge server may be reduced because only one copy of the content is stored. Transcoding content multiple times, however, potentially increases power consumption and/or processor load.

In some embodiments, the transcoded content may be transmitted to terminals on the access network as well as stored at an edge location, such as in memory **104***a* of server **100***a*. In such embodiments, the same content may not be transcoded to the same format repeatedly. Instead of repeatedly transcoding, a copy of the transcoded content may be stored after the first transcoding. The stored copy, which is already transcoded, may be transmitted in response to a subsequent request for the same content encoded in the same format.

In another embodiment, content may be transcoded to some or all of the available formats prior to the time the content is requested by a terminal or made available for request. Such an embodiment may distribute over time the processor load required for transcoding. It may also reduce the required processing power by allowing the transcoding to occur slower than real-time. Combinations of the above examples may also be used. For instance, an edge server may transcode the content to some formats, such as popular formats, prior to a demand for the content, but it may not transcode the content to all supported formats prior to a demand. Thus, some formats, such as less common formats, may be transcoded only upon demand, thereby balancing storage space against processor load.

The various streams (or other types of transmissions, which may be delivered using any protocol, including, for example, IP) of content received by an edge server may be encoded according to the same codec, or the codec may vary from stream-to-stream. Regardless of what format the content is received in, the above methods of storing, transmitting, and/or transcoding the received content may be used. The same method does not need to be used for each piece of received content. For instance, it may be useful to transcode some content, such as popular content, prior to first distribution, but to not transcode other content, such as more esoteric content, until a request is received for that content to be delivered in a format other than the format in which the content was received.

5

The edge servers may include probes, such as probes **102***a* and **102***b*, which may comprise hardware and/or software elements that verify that the transcoders output what they were expected to output. For example, in the case of video content, the probes may ensure that the each of the formats of the content output from the transcoder are aligned such that the format used to transmit the content to a terminal may be changed in the middle of the content without retransmitting any frames. Probes may also be used to verify the quality of the received content, and potentially to trigger a request for retransmission of the received content if the quality is not as expected. The verification operations performed by probes, such as probes **102***a* and **102***b*, will be discussed in further detail below.

As seen in FIG. **1**, terminals **170-172** are connected to server **100***a* via access network **161**. Terminals **173-175** are connected to server **100***b* via access network **162**. Access networks **161** and **162** may be of various types. Examples of types of access networks include, but are not limited to, passive optical networks (PON), digital subscriber lines (DSL), wide area wireless networks of various types, and hybrid fiber coaxial cable (HFC) networks. An access network may utilize known media access control, transport, and other communication protocols used with a particular type of access network architecture and communication technology. Like a distribution network, an access network may include various nodes, and it may combine various technologies for transmitting data.

Access networks may support a large number of terminals, such fifty, one hundred, one thousand, or more terminals. Access networks may span many miles, and they may even span hundreds or thousands of miles.

Servers **100***a* and **100***b* may be connected to a distinct set of terminals, as in the illustrative example shown in FIG. **1**. However, this need not necessarily be the case. For example, in a mobile (e.g. cellular) network example implementation, a terminal may be movable, and thus it may receive signals from either or both of servers **100***a* and **100***b*, depending on its present geographic location.

FIG. **2** illustrates another example of an access network. In this example, edge servers, such as server **100***a* of FIG. **1**, include a variety of ports, such as ports **121***a-e*. These ports may each be connected to a plurality of terminals via a physical connection. In a cable network example implementation, the edge servers may be located at a central office (e.g. a headend), and each of their communications ports may serve a group of terminals that all receive the same set of signals from server **100***a*. The group of terminals may share the same communication link. As illustrated in the access network of FIG. **2**, homes **201-208** (which may be residences, businesses, institutions, etc.) each tap into communication link **200** of the access network, which is connected to port **121***a*. Each home may include one or more terminals, such as a television set top box, a cable-card, or another device capable of receiving the content transmitted on line **200** of the access network. As seen in FIG. **2**, homes **211-219** tap into communication line **210** of the access network, which is connected to port **121***b*. Thus, the terminals in homes **211-219** each receive the signals that are transmitted on line **210** of the access network.

Although in this example each of ports **121** serves a unique group of terminals, this is not necessarily the case in other examples. For instance, communications port **121** may be a single port, and the signals sent from communication port **121** may be forwarded to various portions of the access network by other hardware. For instance, in a hybrid fiber coax (HFC) network example implementation, the output of

6

port **121** may be sent to a separate cable modem termination system (CMTS) or a converged multi-service access platform (CMAP) for distribution to homes **201-208** and/or **211-219**. Other appropriate hardware may be used to forward the output of port(s) **121** to the terminals in the example of a fiber optic network. In the example of a mobile (e.g. cellular) network, the output of port(s) **121** may be forwarded to appropriate cell towers of the access network such that the signals destined for each terminal will reach the location of that terminal.

FIG. **3** illustrates an example of a server of the type that may be used at the edge of the distribution network. Server **100** includes processing unit **110** and at least one communications port **120**, which may be connected to one or more distribution networks. Server **100** also includes at least one communications port **121**, which may be connected to an access network as described previously. The content sent and received from communications ports **120** and **121** may be communicated to processing unit(s) **110** via input/output hardware **125**. This hardware may include communications controllers, modulators, demodulators, and the like. Communications ports **120** and **121** may send and/or receive information via any type of coaxial cable, Ethernet cable, fiber optic cable, wireless signal transmission, etc. Examples of wireless signal transmissions include transmissions to or from satellites as well as transmissions to or from cellular radios. The input/output hardware and/or software **125** may also include a variety of interface units and drives for reading, writing, displaying, and/or printing data or files.

Processing unit(s) **110** may include one or more processors. At least some of the processors execute instructions **131**, which may be stored in a memory **104**. Memory **104** may include RAM **113**, ROM **115**, and/or other types of data storage, such as a sequentially accessed data storage medium. Memory **104** may store executable instructions **131**, such as instructions for transcoding content, handling content requests, verifying the result of a transcoding operation, and/or various other operations described herein. Memory **104** may also include other data **132**. Examples of other data include event logs, performance statistics, information about subscribers, including the types of terminals used by subscribers, audio and/or video content, etc.

Some or all of executable instructions **131** and/or other data **132** may optionally be stored in a database format, such as database **132'**. Databases may be internal to server **100**, or they may be otherwise accessible to server **100**. For example, a database may be stored in a separate database server or servers. Local copies of some or all of the databases may be stored by the memory **104** of the server **100**. Information can be stored in a single database, or separated into different logical, virtual, or physical databases, depending on system design.

Those of skill in the art will appreciate that the functionality of server **100** may be spread across multiple physical devices, for example, to distribute processing load or to increase modularity. For example, some or all of the input/output hardware **125** may reside in a separate physical unit from some or all of the processing unit(s) **110** and/or some or all of the memories **104**. In other words, the functional block division as shown in FIG. **3** may either correspond to or be independent of the physical implementation of the functional blocks.

One or more aspects of the present disclosure may be embodied in computer-usable or readable data and/or executable instructions, such as in one or more program modules, executed by one or more processors or other devices as described herein. Generally, program modules

7

include routines, programs, objects, components, data structures, etc. that perform particular tasks or implement particular abstract data types when executed by a processor in a computer or other device. The modules may be written in a source code programming language that is subsequently compiled for execution, or may be written in a scripting language such as (but not limited to) HTML or XML. The computer executable instructions may be stored on a computer readable medium, such as a hard disk, optical disk, removable storage media, solid state memory, RAM, etc. As will be appreciated by one of skill in the art, the functionality of the program modules may be combined or distributed as desired in various embodiments. In addition, the functionality may be embodied in whole or in part in firmware or hardware equivalents such as integrated circuits, field programmable gate arrays (FPGA), and the like. Particular data structures may be used to more effectively implement one or more aspects of the present disclosure, and such data structures are contemplated within the scope of executable instructions and computer-usable data described herein.

FIG. 4 shows an illustrative method of receiving and distributing content. In step 401, content is received from a distribution network, or another source, in a first format. In step 402, that content is stored. As noted above, step 402 is optional, as the content may be stored only in a transcoded format, or the content may never be stored in any format. In step 403, the received content is verified. Step 403 may be completed at any time, including prior to step 402 and while the content is being received in step 401. Step 403 is also optional.

The content may be verified in a variety of different ways. For example, it may be verified to determine if any errors were introduced during transport over the distribution network. This may be accomplished, for example, by calculating a checksum for the content that was received and comparing the calculated checksum to the checksum received with the content. It may also be accomplished, for example, by detecting video jitter or other video artifacts. The content may be rejected if any errors were introduced. Alternatively, a threshold quality level or requirement may be tested for. For instance, if errors, such as excessive jitter, occur only infrequently, then the content may be accepted, but if errors occur frequently, then the content may be rejected.

If the content is rejected, a retransmission from the distribution network may be required. Where feasible, the retransmission may be obtained from a different source on the distribution network. In some situations, rejecting the content may not be feasible and/or desirable. Thus, it is also possible that content that does not meet quality requirements will not be rejected.

Whether the content is rejected or not, compliance or lack of compliance with quality requirements, including the frequency and type of any errors, may be logged and reported. Such logging may also be desirable even in the case where retransmission is able to solve any quality problems and/or where no problems were detected at all. Logging may occur at the location where the error is detected, and it may also occur at other locations. For instance, it may be desirable to report errors to a central database, which may store quality reports received from multiple locations. A quality log, whether stored locally or in a central database, may allow for the reported events to be inspected and/or visualized in a number of different formats, including graphical summaries. A user may wish to manually override default behavior based on such data or based on other information. For example, a user may instruct a server,

8

such as server 100a, to ignore a detected quality problem or to request retransmission when it otherwise would not. Such instructions may allow for fine-tuning of a server's performance.

In step 404, the content is transcoded to a second format. As discussed above, the transcoding may occur at the time the content is received. It may also occur later, such as at a time system resources allow for transcoding to take place or when the content is first requested in a format that is not already stored. As part of the transcoding process, metadata associated with the content may also be updated. For example, if the received content was encoded at 30 frames per second, but is was transcoded to only 15 frames per second, the metadata associated with the transcoded content may be modified to indicate 15 frames per second instead of 30.

In step 405, the content is optionally stored in the second format. In step 406, the transcoded content may be verified, similar to step 403 above. Additional details regarding how transcoded content may be verified are discussed below. In step 408, the content may be transmitted, via an access network for example, in an appropriate format. This step may be responsive to receiving a request for the content in step 407. An appropriate format may be either of the first or second formats in the present example.

In the case where content may be transmitted in more than one format, an edge server may store pre-determined knowledge of what formats are compatible with and should be used for each terminal. This knowledge may be obtained from an external source, or it may be obtained from the terminals themselves (e.g. automatically or through user input). For example, the terminals may request the content in a particular format. Terminals may also provide a list of formats in which the content may be delivered. This list may or may not be organized to show that some formats are more preferred than others. Terminals may also provide lists of supported and/or preferred formats independent of a request for content, such as in response to a poll or as part of a setup and/or configuration process.

Reasons beyond compatibility may also dictate which format to use when transmitting content. For instance, some terminals may be associated with users or subscribers whose service plan allows for higher quality video or audio than other users or subscribers. Similarly, some terminals may be connected to speakers and/or displays that are not capable of taking advantage of certain formats. For instance, a terminal connected to only two speakers may not gain anything by receiving six channels of audio. Thus, bandwidth on the access network can be saved and distinctions between service plans can be adhered to by delivering content to different terminals in different formats.

Another consideration when selecting a format in which to transmit content is the user's experience. For instance, network congestion or other errors may cause higher bandwidth formats to display incorrectly or to be delivered too slowly to allow for real-time display. Thus a lower-bandwidth format may be preferred. However, the network congestion may be temporary, and after the condition clears a higher-bandwidth format may be preferred due the greater amount of information in the higher-bandwidth format. Thus, it may be desirable to begin delivering content to a terminal in one format, but to change that format to a lower or higher bandwidth format in response to the conditions of the link between an edge server, or another device in the system, and the terminal. Multiple changes may occur during transmission of a single piece of content in response to varying conditions on the link. The bandwidth required of

some formats may change over time. For example, video content may require more bandwidth during fast action scenes than slower-paced scenes. It may be the case that the bandwidth required during these fast action scenes exceeds the capacity of the link between the edge server and the terminal. Thus, changes in format may occur during transmission even if the bandwidth on the link does not change.

FIG. 5 shows an illustrative method of transmitting content in different formats. In step 501, the highest bit rate supported or allocated by the link is identified. Alternatively, the current capacity of a link that may be congested is determined. The link may include, for example, the access network between edge server and the terminal. In addition to considering the link, the capabilities of the terminal, the equipment connected thereto, and/or a user's subscription plan or status may also be considered, as discussed above. In step 502, the highest quality format that does not exceed the maximum supported bitrate or capacity determined in step 501 is selected. In step 503, the selected format may be transmitted. Thus, the process may start by sending the highest quality format via a stream or another type of transmission that the terminal and link can support. The content in the selected format may be transmitted using a variety of protocols, including, for example, IP. Alternatively, the process may start by sending a stream in a random or predetermined format.

In step 504, an edge server determines if errors due to lack of capacity are occurring. An error threshold may be established in order to avoid lowering the quality of the format that is transmitted due to momentary interference. If a lack of capacity is detected, a lower quality format may be selected in step 506. A lack of capacity may be a lack of bandwidth. It may also be an inability of a terminal to process the currently selected format. The lower quality format selected in step 506 may be the next lower quality format of the formats that are available. Alternatively, if the link speed has been determined, the lower quality format may be selected based on the bit rate that the link can currently support, similar to step 502, above.

If it is determined in step 505 that a higher quality format would be supported, then a higher quality format is selected in step 507. Whether a higher quality format would be supported may be determined by measuring the link speed and/or the capabilities of the terminal. It may also be determined by measuring the current error rate. (If there are no or very few errors, then a higher quality format may be used.) As with step 506, the next higher quality format may be selected. Alternatively, the format may be selected based on the bit rate supported by the link. A delay may be built into the process to avoid unnecessarily changing formats. In other words, the answer to step 504 or 505 may always be "no" unless a certain amount of time has passed. This delay may apply to increasing the quality of the selected format, but not to decreasing the quality of the selected format.

In steps 506 and 507, if a higher or lower quality format is not available, then the currently selected format may be maintained. In the case where the lowest quality format is experiencing too many errors, the transmission may cease.

Where the format used to transmit the content may change over time, as described above, it may be desirable to deliver the content such that the changes in format are not noticeable by a user consuming the content. To facilitate this, is may be desirable to perform the encoding/transcoding of the content into the various formats such that switching between the formats does not require excessive overhead, such as retransmission of video frames that were already transmitted in another format.

Many video codecs organize the compressed video into i-frames, b-frames, and p-frames. An i-frame, also known as an intra-coded frame, is a fully specified picture. A p-frame, also known as a predicted frame, contains only the changes in the image from a previous frame or frames. Using a p-frame instead of an i-frame may save space, resulting in a more compressed video stream. A b-frame, also known as a bi-predictive frame, may be even more compressible, as it contains only changes in the image from previous frame(s) and from subsequent frame(s). In some codecs, slices or macroblocks are used to sub-divide the picture, and each subdivided section may be an i, b, or p slice or block.

A video stream, for example, may be subdivided into groups of pictures. (Pictures within a video stream are also known as frames.) Such groups begin with an i-frame. The initial i-frame may be followed by i-, b-, and/or p-frames. Where the groups of pictures in an encoded stream are kept at a constant size, such as 15 frames, then an i-frame is guaranteed to occur ever 15 frames (at the beginning of each new group of pictures). I-frames may occur more frequently if the groups of pictures happen to include i-frames in subsequent positions as well as in the initial position of the group.

Where the received content is transcoded into multiple formats, switching between the formats can be accomplished without re-transmission of any frames if transcoding is performed such that the groups of pictures in the different formats are aligned. When the groups of pictures are aligned, each group of pictures begins at the same point in the content and thus contains the same portion of the original content.

FIG. 6 illustrates three sample streams labeled as stream 610, stream 620, and stream 630, each having a different format. Each stream has 7 frames per group of pictures, as can be seen by the fact that an i-frame occurs every seventh frame, as seen at time $t_0$, $t_1$, $t_2$, $t_3$, and $t_4$. The groups of pictures are identified by braces 611-615, 621-625, and 631-635. As seen by frame 639, it is possible but not required for a group of pictures to contain an i-frame in a position other than the first position.

Streams 610, 620, and 630 are aligned such that any of the three streams may be selected for transmission at each of times $t_0$, $t_1$, $t_2$, $t_3$, $t_4$, and $t_5$. For example, group 611 of stream 610 could be sent from time $t_0$ to $t_1$, at which point group 622 of stream 620 could be sent between times $t_1$ and $t_2$, at which point group of frames 633 of stream 630 could be sent, etc.

With the groups of pictures aligned, re-transmission of frames can be avoided by switching formats immediately prior to the beginning of each group of pictures. In the example shown in FIG. 6, switching formats at times $t_0$, $t_1$, $t_2$, $t_3$, $t_4$, and $t_5$ avoids the need to retransmit any frames because the first frame transmitted after each of those times is an i-frame, which, by definition, does not rely on any previous frames.

One way of achieving alignment is setting a common, constant group of pictures size for each format, ensuring that the same starting frame is used across all formats, and ensuring that no frames are added or dropped during the transcoding process.

It may be advantageous to verify that alignment was in fact achieved after transcoding has occurred. This may be accomplished by ensuring that each copy of the content has the same duration, and by ensuring that i-frames occur at the same time point in each copy of the content. If it is known that i-frames are not inserted in the middle of a group of pictures, then one way of achieving this is by verifying that i-frames occur at consistent intervals across each copy of the

content. For example, it may be verified that each copy contains one i-frame every two seconds. If it is known that i-frames are not inserted in the middle of a group of pictures, that the size of a group of pictures does not vary within any copy of the content, and that the frame rate is the same across each copy, then verifying alignment may also be achieved by counting the number of i-frames in each copy of the content and ensuring that the count is the same for each copy.

Further, it may be advantageous to ensure that control signals, including extended data service signals, from the original stream are maintained in each of the transcoded streams. For example, the original stream may have contained an SCTE-35 signal, which is an example of a signal that indicates that an advertisement may be inserted. SCTE stands for Society of Cable and Telecommunications Engineers. If the signal was not maintained during the transcoding, the signal may be inserted into the transcoded stream. This may be accomplished by extracting the control signals from the original stream and re-multiplexing the transcoded stream such that it includes the extracted signals at the same or approximately the same time point as the original stream. The time point at which to insert the extracted signal may be identified by, for example, extracting the time stamp of the location at which the signal was inserted in the original stream. The time point may also be calculated by evaluating a presentation time included in the extracted signal and inserting the signal immediately before or shortly before the presentation time. The time point may also be calculated by evaluating the relative frame rate between the original and transcoded copies and using the relative frame rate to identify a frame or frames at which the signal should be inserted in the transcoded stream based on the frame or frames at which it was inserted in the original stream.

As described above, the process of transcoding to multiple streams and delivering all or a portion of those streams to the access network may occur at the edge of the network on an edge server, such as server **100**. However, portions of this process may also occur at other locations. For example, the process of transcoding to multiple formats may occur at a centralized location, such as at the content source, instead of at the edge of the distribution network. In this case, the transcoded content may be received by an edge server and stored at the edge of the network for later delivery to the access network. Instead, or in addition, the transcoded content may be stored at the content source and transmitted on demand from the content source. The process of verifying that these transcoded streams have aligned groups of pictures and/or have all control signals in place may be performed at the location of the transcoder, but it may also be performed in other locations. For example, if the transcoding occurs at a content source, the verification may occur at the content source, at any point along the distribution network, at the edge of the network, at any point along the access network, and/or at the terminal.

Whether the transcoding or initial encoding occurs at a content source or at the edge of a network, the encoded content may be fragmented into individual groups of pictures prior to storage. When transmitting over a packet network, such as an IP network, the payload of each packet may be pre-formed prior to transmission. For example, each group of pictures may be transmitted in a single IP packet. Using this format, the pre-formed IP packet of a stream in any one format may be followed by the pre-formed IP packet of a stream in another format without re-transmitting or dropping any frames of the content.

The transcoded streams may also be fragmented into more than one group of pictures. These larger fragments, like the smaller fragments discussed above, may each be sent using a single IP packet. For example, a single fragment may consist of groups **631**, **632**, and **633** of stream **630**, and these groups of frames may be contained in a single packet. Alternatively, the fragments may be split into multiple IP packets for delivery.

Saving the encoded file or stream in fragments may be advantageous where the fragments are randomly accessible. This means that the beginning of each fragment can be located on a storage medium without having to read any of the other fragments. This may be advantageous where a transmission of a stream begins in the middle of the stream instead of at the beginning of the stream. For example, if a stream in a format that has a high bit rate is being delivered, but a lower bit rate format needs to be delivered for the next group of pictures because of network congestion, the process of locating the next group of pictures in the new lower bit rate stream is more efficient when the next group of pictures can be randomly accessed.

A combination of random and sequential access may be used. For example, if fragments contain multiple groups of pictures, then the fragment may be accessed directly, but the contents of the fragment may then have to be scanned sequentially until the desired group of pictures is located within the fragment.

Random access can be achieved by maintaining an index of fragments to locations. This index may identify the fragments sequentially, by the frame number that begins or ends the fragment, by the time within the content when the fragment occurs, etc. This index may be part of a file system. For example, each fragment may be stored as a separate file. Alternatively, the fragments may be stored in a database. Neither of these examples is necessary, however. Even if the stream is saved as a single file, it may be randomly accessed if an index indicates where within the file each fragment begins. For example, an index may indicate at which byte of the file each fragment begins.

The process of fragmenting may be separated from the process of encoding. For example, an encoded stream may be sent to both a fragmenter and to another receiver of the encoded stream for which the fragmentation is not useful. An example of another receiver to which the encoded stream may be sent is a mobile digital television broadcaster. A mobile digital television broadcaster may transmit the stream in yet another format, such as ATSC-MH, which stands for advanced television systems committee mobile handheld.

The process of encoding or transcoding may occur at one location, and the process of fragmenting the stream may occur at another location. For example, the encoding or transcoding may occur at a content source, but the fragmenting may occur at the edge of a network. Similarly, the fragments may be sent to an encryption or another security device, such as a digital rights management (DRM) packager, before and/or after being stored, and the security device may be at a separate location than the encoder and/or fragmenter. A security device, such as a DRM packager, may encrypt or otherwise restrict access of the contents of the fragments to avoid unauthorized copies of the content from being made.

While the present disclosure has described specific examples including presently preferred modes of carrying out the invention, those skilled in the art will appreciate that there are numerous variations and permutations of the above

described systems and techniques that fall within the spirit and scope of the invention as set forth in the appended claims.

What is claimed is:

1. A method comprising:
   receiving, by a computing device, a content item;
   transcoding, by the computing device, and according to a first format, the content item into a first video stream;
   transcoding, by the computing device, and according to a second format, the content item into a second video stream;
   fragmenting, by the computing device, into a first plurality of fragments comprising a first fragment, and according to the first format, the first video stream;
   fragmenting, by the computing device, into a second plurality of fragments comprising a second fragment, and according to the second format, the second video stream;
   aligning, by the computing device, and based on a point in the content item that corresponds to a beginning of the first fragment and a beginning of the second fragment, the first fragment with the second fragment; and
   storing, by the computing device, as individually accessible fragments, the first fragment and the second fragment.

2. The method of claim 1, wherein the first fragment comprises a first group of pictures based on the first format, wherein the second fragment comprises a second group of pictures based on the second format, and wherein the aligning the first fragment with the second fragment further comprises:
   setting a same group of pictures size for the first group of pictures and the second group of pictures, and
   avoiding an addition or loss of video frames of the first video stream and the second video stream.

3. The method of claim 1, further comprising:
   determining an index of fragments comprising the first plurality of fragments and the second plurality of fragments, wherein the index identifies each of the fragments sequentially based on:
      a frame number that begins the fragment,
      a frame number that ends the fragment, or
      a time within the first video stream when the fragment occurs; and
   sending, to a second computing device, and based on a bandwidth condition, the first fragment.

4. The method of claim 3, further comprising:
   selecting, based on a change in the bandwidth condition and on accessing the index of fragments, a third fragment of the second plurality of fragments, wherein the third fragment corresponds to a portion of the content item that is after a portion of the content item corresponding to the first fragment; and
   sending, to the second computing device, the third fragment.

5. The method of claim 1, further comprising:
   verifying, based on determining that an initial I-frame of the first fragment is aligned with an initial I-frame of the second fragment, the aligning of the first fragment with the second fragment.

6. The method of claim 1, further comprising:
   verifying, based on determining that the first fragment comprises a same number of I-frames as the second fragment, the aligning of the first fragment with the second fragment.

7. An apparatus comprising:
   at least one processor; and
   memory storing computer-readable instructions that, when executed by the at least one processor, cause the apparatus to:
      receive a content item;
      transcode, and according to a first format, the content item into a first video stream;
      transcode, according to a second format, the content item into a second video stream;
      fragment, into a first plurality of fragments comprising a first fragment, and according to the first format, the first video stream;
      fragment, into a second plurality of fragments comprising a second fragment, and according to the second format, the second video stream;
      align, based on a point in the content item that corresponds to a beginning of the first fragment and a beginning of the second fragment, the first fragment with the second fragment; and
      store, as individually addressable fragments, the first fragment and the second fragment.

8. The apparatus of claim 7, wherein the first fragment comprises a first group of pictures based on the first format, wherein the second fragment comprises a second group of pictures based on the second format, and wherein the instructions, when executed by the at least one processor, cause the apparatus to:
   set a same group of pictures size for the first group of pictures and the second group of pictures, and
   avoid an addition or loss of video frames of the first video stream and the second video stream.

9. The apparatus of claim 7, wherein the instructions, when executed by the at least one processor, cause the apparatus to:
   determine an index of fragments comprising the first plurality of fragments and the second plurality of fragments, wherein the index identifies each of the fragments sequentially based on:
      a frame number that begins the fragment,
      a frame number that ends the fragment, or
      a time within the first video stream when the fragment occurs; and
   send, to an another device, and based on a bandwidth condition, the first fragment.

10. The apparatus of claim 9, wherein the instructions, when executed by the at least one processor, cause the apparatus to:
    select, based on a change in the bandwidth condition and on the index of fragments, a third fragment of the second plurality of fragments, wherein the third fragment corresponds to a portion of the content item that is after a portion of the content item corresponding to the first fragment; and
    send, to a second apparatus, the third fragment.

11. The apparatus of claim 7, wherein the instructions, when executed by the at least one processor, cause the apparatus to:
    verify, based on determining that an initial I-frame of the first fragment is aligned with an initial I-frame of the second fragment, the aligning of the first fragment with the second fragment.

12. The apparatus of claim 7, wherein the instructions, when executed by the at least one processor, cause the apparatus to:
    verify, based on determining that the first fragment comprises a same number of I-frames as the second fragment, the aligning of the first fragment with the second fragment.

13. A method comprising:
receiving, by a computing device, a video stream comprising a first group of pictures based on a first format;
generating, by transcoding the video stream from the first format to a second format, a second group of pictures;
generating, by transcoding the video stream from the first format to a third format, a third group of pictures;
aligning the first group of pictures with the second group of pictures and the third group of pictures; and
storing, by the computing device, the second group of pictures as a first fragment and the third group of pictures as a second fragment, wherein the first fragment and the second fragment are individually accessible.

14. The method of claim 13, wherein the first group of pictures are encoded at a first frame rate, and wherein the generating the second group of pictures further comprises:
determining that the second group of pictures are encoded at a second frame rate; and
updating metadata of the video stream, wherein the metadata indicates that the second group of pictures are encoded at the second frame rate.

15. The method of claim 13, wherein the aligning the first group of pictures with the second group of pictures and the third group of pictures is based on determining a point in the video stream that corresponds to a beginning of the first group of pictures, a beginning of the second group of pictures, and a beginning of the third group of pictures.

16. The method of claim 13, wherein the first fragment corresponds to a first Internet Protocol (IP) packet, and wherein the second fragment corresponds to a second IP packet.

17. The method of claim 13, further comprising:
determining an index of fragments comprising the first fragment, the second fragment and a third fragment in the second format, wherein the index identifies each of the fragments sequentially based on:
a frame number that begins the fragment,
a frame number that ends the fragment, or
a time within the video stream when the fragment occurs;
sending, to a second computing device, and based on a bandwidth condition, the first fragment;
selecting, based on a change in the bandwidth condition and on the index of fragments, the third fragment, wherein the third fragment corresponds to a portion of the video stream that is after a portion of the video stream corresponding to the first fragment; and
sending, to the second computing device, the third fragment.

18. The method of claim 13, wherein the first fragment and the second fragment are encrypted, and wherein the first fragment and the second fragment correspond to a same portion of the video stream.

19. The method of claim 13, further comprising:
verifying the aligning of the first group of pictures with the second group of pictures, wherein the verifying is based on:
determining that an initial I-frame of the first group of pictures is aligned with an initial I-frame of the second group of pictures, or
determining that a same number of I-frames correspond to the first group of pictures and the second group of pictures.

20. The method of claim 13, further comprising:
setting a same group of pictures size for the first format and the second format, and
wherein the generating the second group of pictures comprises generating the second group of picture with a same number of video frames as the first group of pictures.

\* \* \* \* \*