UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ALTICE USA, INC., CEQUEL
COMMUNICATIONS, LLC, CSC
HOLDINGS, LLC

Plaintiff(s)

- v -

**RULE 7.1 STATEMENT**

ADEIA INC., ADEIA GUIDES INC., ADEIA
MEDIA HOLDINGS LLC, ADEIA
TECHNOLOGIES INC., ADEIA MEDIA
SOLUTIONS INC.

Defendant(s)

_____

| 1:25-cv-05390 |
| --- |
| Case Number |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Plaintiffs

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

As of this date, (1) Plaintiff Altice USA, Inc. has no parent company, and to its knowledge there is no publicly held corporation owning 10% or more of its stock; (2) Plaintiff CSC Holdings, LLC is wholly owned by Cablevision Systems Corporation, a Delaware corporation, and to its knowledge there is no publicly held corporation owning 10% or more of its stock; and (3) Plaintiff Cequel Communications, LLC is wholly owned by CSC Holdings, LLC, and to its knowledge there is no publicly held corporation owning 10% or more of its stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

6/27/25

Date

/s/Krishnan Padmanabhan

Signature of Attorney

4757183

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022