AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Southern District of New York__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:25-cv-05390 | DATE FILED<br>6/27/2025 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| **PLAINTIFF**<br>ALTICE USA, INC., CEQUEL COMMUNICATIONS, LLC, CSC HOLDINGS, LLC | | **DEFENDANT**<br>ADEIA INC., ADEIA GUIDES INC., ADEIA MEDIA HOLDINGS LLC, ADEIA TECHNOLOGIES INC., ADEIA MEDIA SOLUTIONS INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,406,598 | 7/29/2008 | Adeia Guides Inc. |
| 2 | 7,818,769 | 10/19/2010 | Adeia Media Holdings LLC |
| 3 | 8,165,598 | 4/24/2012 | Adeia Media Holdings LLC |
| 4 | 8,589,324 | 11/19/2013 | Adeia Guides Inc. |
| 5 | 8,601,526 | 12/3/2013 | Adeia Guides Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>6/27/2025 | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☑ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,713,606 | 5/12/2012 | Adeia Guides Inc. |
| 2 | 9,326,025 | 4/26/2016 | Adeia Technologies Inc. |
| 3 | 9,369,758 | 6/14/2016 | Adeia Media Solutions Inc. |
| 4 | 9,690,833 | 6/27/2017 | Adeia Guides Inc. |
| 5 | 10,506,010 | 12/10/2019 | Adeia Media Holdings LLC |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy