UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Altice USA, Inc. et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>Adeia Inc. et al.,<br><br>      Defendants. | 25-CV-5390 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On July 1, 2025, this Court instructed the parties to appear for an initial pretrial conference on August 14, 2025, at 11:00 A.M. ET.  *See* ECF No. 16.  The Court also ordered the parties to file a joint letter as well as a proposed Civil Case Management Plan and Scheduling Order no later than Thursday of the week prior to the conference, i.e., August 7, 2025.  *See id.*  As of August 11, 2025, the parties have not filed any joint letter or proposed Case Management Plan.  Therefore, the parties are **ORDERED** to submit the joint letter and proposed Case Management Plan no later than **August 12, 2025**.  The parties are reminded that failure to comply with court orders may result in sanctions.

SO ORDERED.

Dated: August 11, 2025
   New York, New York

                              DALE E. HO
                        United States District Judge