

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

North America   Europe   Asia

**KRISHNAN PADMANABHAN**
Partner
(212) 294-6700
KPadmanabhan@winston.com

August 11, 2025

VIA ECF
Hon. Dale E. Ho, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 905
New York, NY 10007

Re: *Altice USA, Inc., et al. v. Adieia Inc., et al.*, 25-cv-5390

Dear Judge Ho:

We represent Plaintiffs Altice USA, Inc., Cequel Communications, LLC, and CSC Holdings, LLC (collectively, "Plaintiffs") in the above-captioned matter. Pursuant to Rules 2(a) and 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, we write in relation to Your Honor's Orders directing the parties to jointly submit a proposed Civil Case Management Plan and Scheduling Order and related documents, and scheduling an initial conference for August 14, 2025. (ECF 16, 17).

To date, Defendants have not been served with the Complaint, and no counsel of record has entered an appearance on behalf of Defendants. Plaintiffs respectively request an adjournment of the initial conference to a date after service has been effectuated on Defendants, or thereafter, subsequent to Defendants' responsive pleading deadline. Plaintiffs further request that the deadline to submit the proposed case management plan be adjusted accordingly based on the new date of the initial conference. Such an adjournment will allow Defendants' counsel to appear, enable the parties to meet and confer in advance of filing their joint submission, and serve the interests of justice.

This is the first request for an adjournment, and there are no other appearances currently scheduled before Your Honor. We thank the Court for its attention to this matter and are available should the Court require any additional information.

Respectfully submitted,

*/s/ Krishnan Padmanabhan*

Krishnan Padmanabhan