

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**KRISHNAN PADMANABHAN**
Partner
(212) 294-6700
KPadmanabhan@winston.com

September 4, 2025

VIA ECF

Hon. Dale E. Ho, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 905
New York, NY 10007

Re: *Altice USA, Inc., et al. v. Adieia Inc., et al.*, 25-cv-5390

Dear Judge Ho:

We represent Plaintiffs Altice USA, Inc., Cequel Communications, LLC, and CSC Holdings, LLC (collectively, "Plaintiffs") in the above-captioned matter. Pursuant to Rules 2(a) and 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, we write in relation to Your Honor's Order directing the parties to jointly submit a proposed Civil Case Management Plan and Scheduling Order and related documents, and scheduling an initial conference for September 11, 2025. (ECF 19).

On August 29, 2025, Defendants agreed to waive service of the summons and complaint. *See* ECF 20.[1] As such, Defendants' current deadline to file and serve an answer or a motion under Rule 12 is October 28, 2025. Plaintiffs respectively request an adjournment of the initial conference to a date after Defendants' responsive pleading deadline. Plaintiffs further request that the deadline to submit the proposed case management plan be adjusted accordingly based on the new date of the initial conference. Such an adjournment will allow Defendants' counsel to appear, enable the parties to meet and confer in advance of filing their joint submission, and serve the interests of justice.

This is the second request for an adjournment, after Your Honor previously granted an extension to permit Plaintiffs to effectuate service on Defendants and/or provide them with notice of the lawsuit. ECF 19. There are no other appearances currently scheduled before Your Honor. We thank the Court for its attention to this matter and are available should the Court require any

---

[1] ECF 20 is the waiver of service for Adeia, Inc. Plaintiffs are awaiting receipt of the signed waiver of service forms for Adeia Guides, Inc., Adeia Media Holdings, LLC, Adeia Technologies, Inc., and Adeia Media Solutions, Inc., and will file them upon receipt.

1



North America    Europe    Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

additional information.

Respectfully submitted,

*/s/ Krishnan Padmanabhan*

Krishnan Padmanabhan


Application **GRANTED**. The initial conference scheduled for September 11, 2025, is **ADJOURNED** to October 30, 2025, at 11:30 A.M. ET. The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 887 085 063, followed by the pound sign (#). No later than the Thursday before the conference, the parties shall file a joint letter pursuant to the Court's individual rules. See IR 3(c). The Clerk of Court is respectfully directed to close ECF No. 21. SO ORDERED.

Dale E. Ho
United States District Judge
Dated: September 5, 2025
New York, New York